UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAW OFFICES OF GARY ROSSI, PLLC,

    Plaintiff,

vs.

    Case No. 11-12576

    HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

    Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO ALLOW ATTORNEYS TO TESTIFY AS WITNESSES [DOC. 22]

    This matter has come before the court on plaintiff's motion for leave to allow attorneys to testify as witnesses. Gary Rossi is the sole owner of the plaintiff Law Offices of Gary Rossi, PLLC, and Chris Rossi was employed at the plaintiff law firm at the time of the levies at issue in this case. The motion requests that the court grant leave to allow Chris Rossi and Gary Rossi to testify as witnesses at trial and to serve as legal counsel for plaintiff. The motion indicates that the government does not oppose the relief sought. Local Rule 83.30(a) states that "No attorney shall, without leave of the Court secured in advance of trial when feasible, conduct the trial of an action in which he or she is to be a witness." Now, therefore,

    IT IS HEREBY ORDERED that leave is GRANTED to allow Chris Rossi and Gary Rossi to testify as witnesses at trial and to serve as legal counsel for plaintiff.

Dated: January 17, 2013

                          s/George Caram Steeh
                          GEORGE CARAM STEEH
                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 17, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk