UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAW OFFICES OF GARY ROSSI, PLLC,

    Plaintiff,

Case No. 11-12576

vs.

HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

    Defendant.

_____/

ORDER GRANTING DEFENDANT'S MOTION TO BE
EXCUSED FROM REQUIREMENT THAT COUNSEL WITH FULL
SETTLEMENT AUTHORITY ATTEND FINAL PRETRIAL
CONFERENCE [DOC. 39] AND SETTING NEW SCHEDULING ORDER DATES

    Defendant moves for an order allowing the United States to be excused from the requirement that the counsel attending the pretrial conference have full settlement authority. Instead, defendant seeks permission to have the government officials with full settlement authority be available via telephone during the conference, while trial counsel would attend the conference in person. Plaintiff does not concur with defendant's request.

    The court does agree with defendant's request, so long as an official with settlement authority is available by telephone to communicate with defendant's trial counsel or the court as necessary. Now, therefore,

    IT IS HEREBY ORDERED that defendant's motion to be excused is GRANTED.

    IT IS HEREBY FURTHER ORDERED that the scheduling order dates are adjourned as follows:

-1-

    Final pretrial order due: July 1, 2013

    Final pretrial conference: July 8, 2013 at 11:00 a.m.

    Non Jury Trial: July 22, 2013 at 9:00 a.m.

So ordered.

Dated: May 1, 2013

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 1, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk